UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ANNA STAFFORD, A.H., minor child**,                Case No. 3:13-CV-01454-KI

        Plaintiffs,                JUDGMENT

  v.

**TODD RANSFORD**,

        Defendant.

  Anna Stafford
  5590 SE Nelson Rd.
  Olalla, WA 98359

        *Pro Se* Plaintiff

  Lindsey H. Hughes
  Jamie E. Valentine
  Keating Jones Hughes PC
  One SW Columbia, Suite 800
  Portland, OR 97258-2095

        Attorneys for Defendant

Page 1 - JUDGMENT

KING, Judge:

Based on the record, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this   14th   day of January, 2014.

                                                   /s/ Garr M. King
                                                  GARR M. KING
                                                  United States District Court Judge