UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ANNA STAFFORD, A.H., minor child**,

        Plaintiffs,

v.

**TODD RANSFORD**,

        Defendant.

Case No. 3:13-CV-01454-KI

JUDGMENT

Anna Stafford
5590 SE Nelson Rd.
Olalla, WA 98359

    *Pro Se* Plaintiff

Lindsey H. Hughes
Jamie E. Valentine
Keating Jones Hughes PC
One SW Columbia, Suite 800
Portland, OR 97258-2095

    Attorneys for Defendant

Page 1 - JUDGMENT

KING, Judge:

Based on the record, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this   14th   day of January, 2014.

                                            /s/ Garr M. King
                                            GARR M. KING
                                            United States District Court Judge